**Order entered January 14, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00028-CV

### IN RE DRYDEN COMPANY, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-04714**

## ORDER
Before Justices Schenck, Partida-Kipness, and Nowell

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/    DAVID J. SCHENCK
      JUSTICE